## NO. 2014-67598

| | | |
|---|---|---|
| **DOLORES SHARP** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **270TH JUDICIAL DISTRICT** |
| | § | |
| **KROGER TEXAS, L.P.** | § | |
| **Defendant.** | § | **OF HARRIS COUNTY, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/2/2015 10:55:47 AM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

Plaintiff, Dolores Sharp, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on August 24, 2015.

Dolores Sharp desires to appeal the courts ruling on Defendant's Motion for Summary Judgment, specifically that the Plaintiff failed to act in a diligent manner in serving the Defendant after the expiration of the statute of limitations, as a matter of law.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Dolores Sharp.

Respectfully submitted,

By: /S/ Albert Lee Giddens
Albert Lee Giddens
Texas Bar No. 07884500
Email: Lee@GBAttorney.com
3009 Strawberry Rd.
Pasadena, TX 77502
Tel. (713) 947-0001
Fax. (713) 947-6527
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on September 11, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served by fax on Brock C. Akers at 713-583-8662.


        /S/   Albert Lee Giddens
        Albert Lee Giddens